**No. 46810.**—Protests 35569–K, etc., of Rosenthal Wittig & Co., Inc. (New York).

Opinion by TILSON, J. It was shown by the record that the silk mufflers in question are made of a woven material, hemmed, and block-printed by hand, and that they were imported subsequent to the effective date of the said trade agreement. In accordance therewith the claim at 35 percent under paragraph 1209 was sustained as to certain of the items.